UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART O'FARRELL, | CASE NO. C17-637-MJP |
| Plaintiff, | ORDER DENYING STIPULATED MOTION FOR EXTENSION OF TIME FOR TRIAL & PRE-TRIAL SCHEDULE |
| v. | |
| PARKER SMITH & FEEK INC, | |
| Defendant. | |

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Extension of Time for Trial & Pre-Trial Schedule. (Dkt. No. 16.) This case was filed on April 21, 2017. (Dkt. No. 1.) The Parties initially requested a trial beginning in July 2018. (Dkt. No. 7 at 5.) The Parties now claim that a continuance of the trial and pre-trial dates and deadlines is needed because "discovery . . . is proving to be extensive" and counsel have "encountered some expected and unexpected scheduling conflicts, which have unfortunately slowed progress in this case." (Dkt. No. 16 at 1-2.) However, the Parties do not explain what remains to be done and

1 | why it cannot be completed within the existing case schedule, nor do they specify the exact

2 | nature of the "expected and unexpected scheduling conflicts."

3 |       On this record, the Court DENIES the Motion.

4 |       The clerk is ordered to provide copies of this order to all counsel.

5 |       Dated May 15, 2018.

Marsha J. Pechman
United States District Judge