# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STUART O'FARRELL,<br><br>            Plaintiff,<br><br>v.<br><br>PARKER SMITH & FEEK INC,<br><br>            Defendant. | CASE NO. C17-637-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: On October 11, 2018, the Court held a telephonic conference on Plaintiff's Motion to Continue the Trial Date. The Court directed the parties to confer regarding a potential new trial date and to contact the Court with their proposal. To date, the parties have yet to propose a new date. The parties are hereby directed to meet and confer and submit a proposed schedule to the Court within two (2) days of the date of this Order.

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed October 16, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk